**John TURNER, Plaintiff-Appellant,**

v.

**HIGH DESERT STATE PRISON; et al., Defendants-Appellees.**

**No. 16-16574**

United States Court of Appeals, Ninth Circuit.

Submitted August 9, 2017 *

Filed August 16, 2017

John Turner, Pro Se

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Theresa Haar, AGNV—Office of the Nevada Attorney General (Las Vegas), Las Vegas, NV, for Defendant-Appellee

Before: SCHROEDER, TASHIMA, and M. SMITH, Circuit Judges.

### MEMORANDUM **

John Turner, a Nevada state prisoner, appeals pro se from the district court's order denying his motion for relief from judgment following the dismissal of his 42 U.S.C. § 1983 action. We have jurisdiction under 28 U.S.C. § 1291. We review for an abuse of discretion, *Bateman v. U.S. Postal Serv.*, 231 F.3d 1220, 1223 (9th Cir. 2000), and we affirm.

The district court did not abuse its discretion by denying Turner's motion for relief from judgment under Fed. R. Civ. P. 60(b)(1) because Turner failed to inform the court of his change of address as required by United States District Court District of Nevada Local Rule 2-2, and failed to show excusable neglect. *See id.* at 1223-24 (discussing *Pioneer-Briones* factors to determine whether neglect is excusable).

All pending motions and requests are denied.

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).